# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JEREMY KENNEDY, ADC #093061                                                              PETITIONER

v.                      No. 5:16CV00134-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's objections. After carefully considering the objections and making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.[1] No certificate of appealability will be issued.

IT IS, THEREFORE, ORDERED that Petitioner's cause of action is DISMISSED, and the requested relief is denied.

SO ORDERED this 30th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] *See Rhodes v. Kelley*, E.D. Ark. No. 5:15CV00225-BRW-JTR, 2016 WL 2865374 (April 22, 2016), for a complete analysis of the issues.