# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEREMY KENNEDY, ADC #093061                                             PETITIONER

v.                       No. 5:16CV00134-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.  No certificate of appealability will be issued.

SO ORDERED this 30th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE